[No. 37281-5-I.    Division One.    April 7, 1997.]

Terra Firma Development Co., Ltd., *Respondent*, v.
John Duce, et al., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-2-03148-1, Richard J. Thorpe, J., entered June 13, 1995. *Affirmed* by unpublished opinion per Kennedy, A.C.J., concurred in by Coleman and Webster, JJ.

[No. 37303-0-I.    Division One.    April 7, 1997.]

D.S. Lunsford, et al., *Appellants*, v. Harry Fraley,
et al., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-06026-2, Michael J. Fox, J., entered August 18, 1995. *Affirmed in part* and *reversed in part* by unpublished opinion per Webster, J., concurred in by Becker and Ellington, JJ.

[No. 37577-6-I.    Division One.    April 7, 1997.]

The State of Washington, *Respondent*, v. Andrew
G. Quinn, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-08389-5, Richard A. Jones, J., entered October 2, 1995. *Affirmed* by unpublished opinion per Webster, J., concurred in by Baker, C.J., and Agid, J.

[No. 37685-3-I.    Division One.    April 7, 1997.]

The State of Washington, *Respondent*, v. Toby
Patrick Meagher, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-05709-4, Patricia H. Aitken, J., entered November 20, 1995. *Affirmed* by unpublished per curiam opinion.